**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

STEVEN MARSHALL SEARLES,

                           Plaintiff,

  -vs-                                                     1:14-CV-1124
                                                             (TJM/TWD)
COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.

---

**Thomas J. McAvoy,
United States District Judge**

## DECISION and ORDER

      This matter was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the November 30, 2015 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

      Accordingly, the Report and Recommendation of Magistrate Judge Thérèse Wiley Dancks is hereby ADOPTED, and:

        1. The Commissioner's decision is hereby AFFIRMED; and

        2. Plaintiff's complaint is hereby DISMISSED.

**IT IS SO ORDERED.**

Dated: December 30, 2015

Thomas J. McAvoy
Senior, U.S. District Judge